

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

| |
|---|
| Conference is adjourned to April 29, 2026 at 10:00 a.m. Time is excluded pursuant to the Speedy Trial Act. |
| **SO ORDERED**  *Richard M. Berman* |
| **March 6, 2026**     **Richard M. Berman, U.S.D.J.** |

Re:    *United States v. Natanael Gonzalez*, 25 Cr. 547 (RMB)

Dear Judge Berman:

The Government respectfully writes on behalf of the parties to request an adjournment of the status conference currently scheduled for March 10, 2026. Specifically, the parties request that the conference be adjourned for approximately 45 days to the week of April 27, 2026. The Government recently produced discovery in this case, and the requested adjournment would allow the defense an opportunity to review those materials and the parties to engage in discussions regarding a potential pre-trial disposition.

Finally, the Government respectfully requests that the Court exclude time under the Speedy Trial Act through the date of any rescheduled conference in the interest of justice. *See* 18 U.S.C. § 3161(h)(7). Defense counsel consents to the requested exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/
Jerry J. Fang / Varun A. Gumaste
Assistant United States Attorneys
Southern District of New York
Tel.: 212-637-2584 / 1023

cc:    Calvin Scholar, Esq. (by ECF)