**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                                     Government,    :          25 Cr. 547 (RMB)

                                                   :

            - against -                            :          **ORDER**

                                                   :

                                                   :

NATANAEL GONZALEZ,                           :

                                                   :

                                     Defendant.    :

------------------------------------------------------------------x


The conference scheduled for April 29, 2026 at 10:00 A.M. will take place in Courtroom

17B.


Dated: April 24, 2026
       New York, NY



                                                    _____

                                                       **RICHARD M. BERMAN**
                                                            **U.S.D.J.**