Case 1:25-cr-00547-RMB    Document 17    Filed 04/28/26    Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 28, 2026

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Natanael Gonzalez,* **25 Cr. 547 (RMB)**

Dear Judge Berman:

      The Government respectfully writes on behalf of the parties to request an adjournment of the status conference currently scheduled for April 29, 2026. Specifically, the parties request that the conference be adjourned for approximately 30 days to June 1, 2, or 3, 2026. Last month, the defendant retained new counsel. The requested adjournment would allow counsel an opportunity to review discovery materials and the parties to engage in discussions regarding a potential pre-trial disposition.

      Finally, the Government respectfully requests that the Court exclude time under the Speedy Trial Act through the date of any rescheduled conference in the interest of justice. *See* 18 U.S.C. § 3161(h)(7). Defense counsel consents to the requested exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

/s/
Jerry J. Fang / Varun A. Gumaste
Assistant United States Attorneys
Southern District of New York
Tel.: 212-637-2584 / 1023

> Granted. Adjourned to
> June 3, 2026 at 10:00 AM.
>
> SO ORDERED:
> Date: 4/28/2026    *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

cc:    Patrick Brackley, Esq. (by ECF)