

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 26, 2026

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:    *United States v. Natanael Gonzalez*, 25 Cr. 547 (RMB)

Dear Judge Berman:

The Government understands that the Court intends to adjourn the status conference currently scheduled for June 3, 2026 to June 10, 2026 at 9:00 a.m. The Government respectfully requests that the Court exclude time under the Speedy Trial Act through June 10 in the interest of justice. *See* 18 U.S.C. § 3161(h)(7). Defense counsel consents to the requested exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/
Jerry J. Fang / Varun A. Gumaste
Assistant United States Attorneys
Southern District of New York
Tel.: 212-637-2584 / 1023

*Application to exclude time granted to June 10, 2026 @ 9:00 AM.*

SO ORDERED
Date: 5/27/26    *Richard M. Berman*
Richard M. Berman, U.S.D.J.

cc:    Patrick Brackett, Esq. (By ECF)