**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                         Government,               :          25 CR. 547 (RMB)
                                                   :
            - against -                            :          **ORDER**
                                                   :
                                                   :
NATANAEL GONZALEZ,                                 :
                                                   :
                         Defendant.                :
-------------------------------------------------------------x

The status conference scheduled for Wednesday, June 10, 2026 at 9:00 A.M. will

take place in Courtroom 17B.

Dated: June 3, 2026
      New York, NY

                                      _____

                                      RICHARD M. BERMAN
                                         U.S.D.J.