**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                        Government,                :        25 CR. 547 (RMB)
                                                   :
        - against -                                :        **ORDER**
                                                   :
                                                   :
NATANAEL GONZALEZ,                                 :
                                                   :
                        Defendant.                 :
----------------------------------------------------------------x


        The status conference scheduled for Tuesday, June 23, 2026 at 9:00 A.M. will take

place in Courtroom 17B.




Dated: June 17, 2026
        New York, NY

_____
        RICHARD M. BERMAN
        U.S.D.J.