**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　 :

　　　　　　　　　　　　　　　　　 :

　　　　　　　　　　Government,　 :　　　25 Cr. 547 (RMB)

　　　　　　　　　　　　　　　　　 :

　　　- against -　　　　　　　　 :　　　**ORDER**

　　　　　　　　　　　　　　　　　 :

　　　　　　　　　　　　　　　　　 :

NATANAEL GONZALEZ,　　　　　　　　 :

　　　　　　　　　　　　　　　　　 :

　　　　　　　　　　Defendant.　 :
------------------------------------------------------------x


　　　　The Status Conference/Bail Hearing previously scheduled for Tuesday, June 23, 2026 at

9:00 AM is rescheduled to Thursday, July 2, 2026 at 11:00 AM in Courtroom 17B.


Dated: June 24, 2026
　　　 New York, NY


　　　　　　　　　　　　　　　　　　　　　　 _RMB_
　　　　　　　　　　　　　　　 _____

　　　　　　　　　　　　　　　　　 **RICHARD M. BERMAN**
　　　　　　　　　　　　　　　　　　　 **U.S.D.J.**