**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

NATANAEL GONZALEZ,

Defendant.

25 Cr. 547 (RMB)

**ORDER**

The Court requires written submissions respecting bail. The defense is required to submit

in writing on or before 12PM on June 30, 2026 and the Government shall submit by 5:30PM on

June 30, 2026.

Date:    June 29, 2026
New York, New York

_RMB_
**RICHARD M. BERMAN, U.S.D.J.**