**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                          Government,         :        25 Cr. 547 (RMB)

        - against -                    :        **ORDER**

NATANAEL GONZALEZ,                           :

                   Defendant.         :

-----------------------------------------------------------------x

The Status Conference/Bail Hearing previously scheduled for Thursday, July 2, 2026 at 11:00 AM is rescheduled to July 14, 2026 at 2:00 PM.

Dated: July 1, 2026
     New York, NY

                                     **RICHARD M. BERMAN**
                                        **U.S.D.J.**