**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

NATANAEL GONZALEZ,
Defendant.

25 Cr. 547 (RMB)

**ORDER**

The Court granted Gonzalez's application for bail by order dated July 15, 2026, subject to conditions. *See* Dkt. No. 31.

The Government submitted a letter motion dated July 31, 2026 requesting reconsideration of defendant Natanael Gonzalez's release on bail. Dkt. No. 38. By memo endorsement dated August 3, 2026, the Court directed that any defense to the Government's letter motion is to be submitted by Thursday, August 6 at 4:00 p.m. The Court has scheduled a conference for Wednesday, August 12 at 9:00 a.m. in courtroom 17B.

The Government's letter motion also requested a stay of the defendant's release until after the conference on August 12, 2026, or in the alternative, "that the Court order a pre-release home visit by Pretrial Services . . . and the removal of the employment condition." Dkt. No. 38 at 4. Defense counsel "does not object to the pre-release home visit and removal of the employment condition." Dkt. No. 38 at 5. The request for a stay is denied. Bail is modified as follows:

(3) Home detention including GPS location monitoring. Pretrial Services is directed to conduct a home assessment and inspection of the defendant's proposed residence on Hughes Avenue in the Bronx prior to the defendant's release.

(8) Defendant's employment shall be daytime, i.e., generally between the hours of 9:00 a.m. to 5:00 p.m. Defendant shall be confined to his residence except when he is working.

Date: August 4, 2026
New York, New York

RMB

**RICHARD M. BERMAN, U.S.D.J.**