**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Government,<br><br>- against -<br><br>NATANAEL GONZALEZ,<br><br>Defendant. | : | 25 CR. 547 (RMB)<br><br>**ORDER** |

The bail hearing scheduled for Wednesday, August 12, 2026 at 9:00 A.M. will take place in Courtroom 17B.

Dated: August 6, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.