**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

NATANAEL GONZALEZ,
Defendant.

25 Cr. 547 (RMB)

**ORDER**

Having reviewed the Government's application for reconsideration of defendant Natanael Gonzalez's bail dated July 31, 2026 (*see* Dkt. No. 38), and having heard orally from the Government, the defense, and Pretrial Services Officer Jessica Aguilar-Adan, the Court orders that bail is continued with two modifications. The modifications are: (1) upon the application of Probation Officer Aguilar-Adan, supervision shall be "as directed by Pretrial Services"; and (2) Mr. Gonzalez shall reside at 2265 Hughes Ave, Apt 2C, Bronx, New York 10457. *See* Transcript of Hearing dated August 12, 2026.

Date: August 12, 2026
New York, New York

RMB

**RICHARD M. BERMAN, U.S.D.J.**