**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 25 CR. 547 (RMB)

- against - : **ORDER**

NATANAEL GONZALEZ, :

Defendant. :

-------------------------------------------------------------x

The status conference scheduled for Wednesday, September 16, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 11, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.