**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 12, 2026

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

**Re: *United States v. Natanael Gonzalez*, 25 Cr. 547 (RMB)**

Dear Judge Berman:

The Government respectfully writes on behalf of the parties to request a three-week adjournment of the status conference currently scheduled for October 14, 2026. The parties are continuing to actively discuss a potential pre-trial resolution to the above-captioned matter, and the requested adjournment would allow for those discussions to continue. The Government respectfully requests that the Court exclude time under the Speedy Trial Act through the date of any rescheduled conference in the interest of justice. *See* 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the requested exclusion of time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Jerry J. Fang / Varun A. Gumaste
Assistant United States Attorneys
Southern District of New York
Tel.: 212-637-2584 / 1023

Application Granted
to Nov. 5, 2026 @ 10:00 AM
in person (Courtroom 17B).

~~cc: Patrick Brackley, Esq. (by ECF)~~

SO ORDERED:
Date: 10/13/26

Richard M. Berman
Richard M. Berman, U.S.D.J.